884

■ HARDING PARK OWNERS, INC., as Assignee of VINCENT TIERNEY, Appellant, v. ANN YOUNG et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD SVINGLE, Appellant, against THOMAS MCDONNELL, as Warden of the Penitentiary of the City of New York, Respondent.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ In the Matter of the Estate of OEI TJONG SWAN, Deceased. OEI ING TJHING, as Administrator of the Estate of OEI TJONG SWAN, Deceased, Respondent; KIEN STIFTUNG et al., Appellants.— Decree unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

(November 20, 1956)

■ In the Matter of PAULA RUDOLFER, as Administratrix of the Estate of FRED RUDOLFER, Deceased, Appellant, against HUDSON SHIPPING CO., INC., Respondent.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. VINCENT CALISE.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANNETTE HARRIS.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE FUSCO.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS GILMORE and EMMET RIVERS.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JULIUS SILVERS.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JACK LEO FABRE.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MAX GASTMAN.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROY STEPHENS.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DAVID J. HARRIS.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GODFREY LOZADO.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ In the Matter of the Accounting of IRVING FIDLER et al., as Directors of ROEBLING BUILDING, INC., a Dissolved Corporation, Respondents; HAROLD D. LEHDS, Appellant.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.